# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Danny W. Long, ) | |
| ) | C.A. No.: 4:13-CV-1917-RBH |
| Plaintiff, ) | |
| ) | |
| v. ) | **CONSENT ORDER AMENDING** |
| ) | **THE SPECIALIZED CASE** |
| The Prudential Insurance Company of ) | **MANAGEMENT ORDER** |
| America, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court by way of the parties' request to extend the deadlines set forth in the Court's Specialized Case Management Order filed on July 19, 2013. The grounds for this Motion are that pretrial proceedings have been delayed due to scheduling conflicts related thereto. Furthermore, this matter is not currently on the Court's Trial Roster and, therefore, an extension of time will not impede the Court's progress in this case. The parties have asked for an additional sixty (60) days to comply with the deadlines in the Specialized Case Management Order.

Accordingly, the deadlines in the Specialized Case Management Order for this case are hereby extended sixty (60) days from their original deadlines.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the deadlines in the Specialized Case Management Order dated July 19, 2013 are hereby extended sixty (60) days.

**IT IS SO ORDERED.**

s/R. Bryan Harwell
The Honorable R. Bryan Harwell

Dated: September 26, 2013
Florence, South Carolina

2

WE CONSENT:


s/ Gene M. Connell, Jr.
Gene M. Connell, Jr.
Kelaher, Connell & Connor, P.C.
The Courtyard, Suite 209
1500 U.S. Highway 17 North
P.O. Drawer 14547
Surfside Beach, SC  29587-4547
(843) 238-5648

ATTORNEYS FOR PLAINTIFF

Dated:  09/25/2013
Surfside Beach, South Carolina



s/ J. D. Quattlebaum
J. D. Quattlebaum, Fed. ID #5252
HAYNSWORTH SINKLER BOYD, P.A.
One North Main Street, 2nd Floor
Post Office Box 2048
Greenville, South Carolina 29602
(864) 240-3200

ATTORNEYS FOR DEFENDANT

Dated:  09/25/2013
Greenville, South Carolina

2